# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ERIC T. LEDDICK and HEATHER LEDDICK, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) CIVIL ACTION 19-0435-WS-C |
| UNITED STATES OF AMERICA, | ) ) ) |
| Defendant. | ) |

## ORDER

On this date, the parties filed a Notice of Settlement (doc. 66), signed by counsel of record for all parties, reflecting that they have entered into a settlement agreement that resolves all matters and issues joined in this dispute. In light of this development, it is **ORDERED** that this action be **DISMISSED** from the active docket of the Court, **with prejudice**, provided that any party may move to reinstate the action by no later than **September 28, 2021** if the settlement funds are not disbursed by that date.

No other order shall be forthcoming from the Court except upon application by any party for final judgment, as prescribed by Rule 58, Federal Rules of Civil Procedure.

Each party is to bear his, her or its own costs, unless otherwise agreed by the parties.

DONE and ORDERED this 28th day of May, 2021.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE